| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ANTHONY A. FRIEDMAN (SBN 201955)<br>aaf@lnbyg.com<br>LEVENE, NEALE, BENDER,<br>    YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br><br><br><br><br><br>*Attorney for  Plaintiff John P. Pringle, Ch 7 Trustee* | FOR COURT USE ONLY<br><br><br>**FILED & ENTERED**<br><br>**APR 23 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** gonzalez **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – *LOS ANGELES* DIVISION**

| In re:<br><br>VANTAGE STEEL INTERNATIONAL, INC.,<br><br><br><br>                                      Debtor(s). | CASE NO.: 2:22-bk-10748-WB<br>CHAPTER:  7<br>ADVERSARY NO.:  2:24-ap-01032 WB |
|---|---|
| TIMOTHY J. YOO, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF VANTAGE STEEL INTERNATIONAL, INC.,<br><br>                                      Plaintiff(s),<br>         vs.<br>ROYAL BUSINESS BANK,<br><br>                                      Defendant. | **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br><br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This *Adversary proceeding titled John P. Pringle, Chapter 7 Trustee v.Royal Business Bank, Case No. 2:24-ap-01032-WB*
          (Adversary proceeding/name of dispute in main case)

is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

| Mediator: | Alternate mediator: |
|---|---|
| Michael B. Lubic<br>Name | _____<br>Name |
| 10100 Santa Monica Blvd., 8th Floor<br>Address | _____<br>Address |
| Los Angeles, CA 90067<br>City, state, zip code | _____<br>City, state, zip code |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                           Page 1                                           **F 702**

310-552-5030  
Telephone

_____  
Telephone

_____  
Facsimile

_____  
Facsimile

michael.lubic@klgates.com  
Email address

_____  
Email address

The attorneys for the parties are:

Attorney for  John P. Pringle, Chapter 7 Trustee  :

Anthony A. Friedman  
Name

Levene, Neale, Bender, Yoo & Golubchik L.L.P.  
Firm name

2818 La Cienega Avenue  
Address

Los Angeles, California  90034  
City, state, zip code

310-229-1234  
Telephone

310-229-1244  
Facsimile

AAF@LNBYG.COM  
Email address

Attorney for Royal Business Bank:

Pooya E. Sohi  
Name

Buchalter, APC  
Firm name

1000 Wilshire Blvd., Suite 1500  
Address

Los Angeles, California 90017  
City, state, zip code

213-891-5135  
Telephone

213-630-5723  
Facsimile

psohi@buchalter.com  
Email address

**[Attach additional page(s) if necessary.]**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                                Page 2                                                **F 702**

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
    - ☐ Objection to plan confirmation
    - ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☒ Preference
5. ☒ Fraudulent transfer
6. ☐ Lien avoidance
7. ☐ Dischargeability
    Specify grounds:_____

8. ☒ Other. Please specify: *Disallowance of claim 11 USC 502(d)*

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☒ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000, state amount: $ _____
10. ☐ Money not at issue.

Instructions from the Court:

1. Re: filing and service of this Order:

    a. If Order is submitted to court by party(ies)

        (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

        (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                            Page 3                            **F 702**

mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

    b. <u>If Order is prepared by the judge:</u>

    (1) The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell):_____

    (2) The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

    (3) The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.    <u>Other: [Attach additional page(s) if necessary.]</u>

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

###

Date: April 23, 2025

*/s/ Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017      Page 4      F 702

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date: 04-22-2025

JOHN P. PRINGLE, Chapter 7 Trustee
Printed name of party

*John Pringle*
Signature of party

Date: _____

ANTHONY A. FRIEDMAN
Printed name of party's attorney

_____
(Signature of party's counsel)

Date: _____

ROYAL BUSINESS BANK.
(Name of party)

_____
(Signature of party)

Date: _____

POOYA E. SOHI
(Name of party's counsel)

_____
(Signature of party's counsel)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                   Page 5                                   **F 702**

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date:_____

JOHN P. PRINGLE, Chapter 7 Trustee
Printed name of party

_____
Signature of party

Date: 04/23/2025

ANTHONY A. FRIEDMAN
Printed name of party's attorney

_____
(Signature of party's counsel)

Date:_____

ROYAL BUSINESS BANK.
(Name of party)

_____
(Signature of party)

Date:_____

POOYA E. SOHI
(Name of party's counsel)

_____
(Signature of party's counsel)

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017* — Page 5 — **F 702**

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date: _____

<u>JOHN P. PRINGLE, Chapter 7 Trustee</u>
Printed name of party

_____
Signature of party

Date: _____

<u>ANTHONY A. FRIEDMAN</u>
Printed name of party's attorney

_____
(Signature of party's counsel)

Date: <u>4/22/2025</u>

<u>ROYAL BUSINESS BANK.</u>
(Name of party)

_____
(Signature of party)

Date: <u>4/23/2025</u>

<u>POOYA E. SOHI</u>
(Name of party's counsel)

_____
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*  Page 5  **F 702**

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date:_____                          JOHN P. PRINGLE, Chapter 7 Trustee
                                                Printed name of party

                                                _____
                                                Signature of party

Date:_____                          ANTHONY A. FRIEDMAN
                                                Printed name of party's attorney

                                                _____
                                                (Signature of party's counsel)

Date:_____                          ROYAL BUSINESS BANK.
                                                (Name of party)

                                                _____
                                                (Signature of party)

Date:_____                          POOYA E. SOHI
                                                (Name of party's counsel)

                                                _____
                                                (Signature of party's counsel)

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                Page 5                                **F 702**